# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-03-384 |
| | § | C.A. No. C-05-146 |
| JUVENAL PINEDA-BENITEZ, | § | C.A. No. C-05-180 |
| | § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying Defendant Juvenal Pineda-Benitez's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

Signed this 18th day of January, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE